1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDENT, INC., a Delaware corporation, ) ) ) | CV 09-3720-RSWL |
| Plaintiff, ) ) | **ORDER TO SHOW CAUSE** |
| v. ) ) ) | |
| TRAVELERS PROPERTY CASUALTY OF AMERICA, a Connecticut corporation, and DOES 1 through 10, ) ) ) ) ) ) | |
| Defendants. ) | |

The Court is in receipt of Defendant's Notice of Removal ("Notice"). Defendant alleges federal jurisdiction based on 28 U.S.C. § 1332 (diversity jurisdiction). Defendant further alleges that it is facially apparent from Plaintiff's complaint that the amount in controversy will undoubtedly exceed the jurisdictional minimum for this Court. [Notice at ¶ 1(b)].

///

1

1    However, this Court finds that Defendant has not
2 met its burden of demonstrating that the amount in
3 controversy exceeds the jurisdictional minimum.  The
4 amount in controversy is not facially evident from
5 Plaintiff's complaint.  In order to overcome the
6 "strong presumption" against removal jurisdiction in
7 federal court, Defendant has the burden of proving by a
8 preponderance of the evidence that the amount in
9 controversy exceeds the jurisdictional minimum.  <u>Gaus</u>
10 <u>v. Miles</u>, 980 F.2d 564, 566 (9th Cir. 1992).
11    In its complaint, Plaintiff does offer any
12 calculation concerning the fees and costs other than
13 summary statements concerning its desire to leave to
14 amend when damages are known.  [Complaint at ¶¶ 25 and
15 31].
16    Since Plaintiff did not offer any reasonable
17 estimate as to what the fees and costs would amount to,
18 the burden rests on Defendant to demonstrate that the
19 amount in controversy exceeds the jurisdictional
20 minimum.  Summarily alleging that the amount is
21 satisfied does not meet this burden.  <u>See</u> <u>Singer v.</u>
22 <u>State Farm</u>, 116 F.3d 373, 377 (9th Cir. 1997)(finding
23 that when the complaint does not demand a dollar
24 amount, the defendant removing on grounds of diversity
25 bears the burden of proving the amount in controversy);
26 <u>see</u> <u>also</u> <u>Gaus</u>, 980 F.2d at 566 (removal jurisdiction
27 cannot be based simply upon conclusory allegations).
28 ///

1  Therefore it is **ORDERED** that Defendant show cause
2 as to why this case meets the amount in controversy to
3 confer jurisdiction upon this Court.  Defendant has
4 until no later than June 30, 2009 to respond.
5
6 **IT IS SO ORDERED.**
7
                                /s/
8                        _____
9                         **HONORABLE RONALD S.W. LEW**
10                       Senior, U.S. District Court Judge
11
12 DATED:   June 15, 2009