Cassandra S. Franklin (SBN 119408)
franklinc@dicksteinshapiro.com
Stephanie A. Sullins (SBN 228264)
sullinss@dicksteinshapiro.com
Sharon T. Yuen (SBN 229356)
yuens@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

JS-6

Attorneys for Plaintiff INTERDENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDENT, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, and DOES 1 through 10, <br><br> Defendants. | Case No. CV09-3720 RSWL (FFMx) <br><br> **ORDER RE DISMISSAL** |

Having reviewed the Stipulation Re Dismissal of the parties, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

IT IS HEREBY ORDERED that the Stipulation Re Dismissal effected a dismissal of this action with prejudice, and each party is to bear its own costs and attorneys' fees.

DATED:  November 23, 2010

RONALD S.W. LEW

_____
The Hon. Ronald S.W. Lew